

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00529-CV

Isabel **MARTINEZ**,
Appellant

v.

Ana **LITOFSKY** and Michael Litofsky,
Appellees

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2019CV05367
Honorable John Francis Davis, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. It is ORDERED that no costs be assessed against appellant in relation to this appeal because she qualifies as indigent under TEX. R. APP. P. 20.

SIGNED October 23, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice